1  JOSHUA J. POLLACK (State Bar No. 215922)
   jpollack@proskauer.com
2  PROSKAUER ROSE LLP
   2049 Century Park East, 32nd Floor
3  Los Angeles, CA  90067-3206
   Telephone:    (310) 557-2900
4  Facsimile:    (310) 557-2193

5  PAUL L. LANGER (Admitted *Pro Hac Vice*)
   planger@proskauer.com
6  PROSKAUER ROSE LLP
   70 West Madison Street, Suite 3800
7  Chicago, IL  60602-4342
   Telephone:    (312) 962-3550
8  Facsimile:    (312) 962-3551

9  Attorneys for Plaintiffs
   LIVE NATION LGTOURS (USA) LLC,
10 MERMAID TOURING, INC., and
   THE ATOM FACTORY

11
12 [Names And Addresses Of Additional
   Counsel Appear On Signature Page]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIVE NATION LGTOURS (USA) LLC; MERMAID TOURING, INC.; AND THE ATOM FACTORY, <br><br> Plaintiffs, <br><br> vs. <br><br> BEAZLEY SYNDICATE 623 AT LLOYD'S; BEAZLEY SYNDICATE 2623 AT LLOYD'S; AND TALBOT SYNDICATE 1183 AT LLOYD'S, <br><br> Defendants. | Case No. CV-13-1483-ABC (JCGx) <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

1 THE PARTIES, BY AND THROUGH THEIR RESPECTIVE COUNSEL
2 OF RECORD, HEREBY VOLUNTARILY STIPULATE to the dismissal with
3 prejudice of this entire action pursuant to Rule 41(a) of the Federal Rules of Civil
4 Procedure, with each party to bear its own attorney's fees, costs and expenses of any
5 type.

**Attorney Attestation**

8 By the electronic signature below, counsel for Plaintiffs, Joshua J. Pollack,
9 attests that he is the CM/ECF user whose identification and password are being used
10 to file the instant document, and that pursuant to Civil Local Rule 5-4.3.4(a)(2)(i),
11 counsel for Defendants, whose electronic signature appears below, provided their
12 authority to file this document.

Dated: June 6, 2013

        PROSKAUER ROSE LLP
        JOSHUA J. POLLACK, SBN 215922
        2049 Century Park East, 32nd Floor
        Los Angeles, CA  90067-3206
        Telephone:    (310) 557-2900
        Facsimile:    (310) 557-2193
        jpollack@proskauer.com


By     */s/ Joshua J. Pollack*
      JOSHUA J. POLLACK

Attorneys for Plaintiffs
LIVE NATION LGTOURS (USA) LLC,
MERMAID TOURING, INC., and THE
ATOM FACTORY

Dated: June 6, 2013

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
PHILIP F. ATKINS-PATTENSON, SBN 94901
ARTHUR J. FRIEDMAN, SBN 160867
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:  (415) 434-9100
Facsimile:   (415) 434-3947
patkinspattenson@sheppardmullin.com
afriedman@sheppardmullin.com


By      */s/ Philip F. Atkins-Pattenson*
           PHILIP F. ATKINS-PATTENSON

Attorneys for Defendants
BEAZLEY SYNDICATE 623 AT LLOYD'S, BEAZLEY SYNDICATE 2623 AT LLOYD'S, and TALBOT SYNDICATE 1183 AT LLOYD'S